DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILFREDO FROMETA ZALDIVAR**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-2943

[November 29, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit; Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 502015CF012434AXXXWB.

Martin Beguiristain, Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***